# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153797(72)

IN RE PETITION OF CASS COUNTY
TREASURER FOR FORECLOSURE.
_____

CASS COUNTY TREASURER,
   Petitioner-Appellee,

v

LANDS DESCRIBED IN ATTACHED
SCHEDULE A,
   Respondent,

and

2 CROOKED CREEK, LLC and RUSSIAN
FERRO ALLOYS, INC.,
   Respondents-Appellants.
_____/

SC: 153797
COA: 324519
Cass CC: 13-000430-CH

  On order of the Court, the motion for reconsideration of this Court's October 26, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017


Clerk

s0424